IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN CAVE LEIGHTON PAISNER LLP, A MISSOURI LIMITED LIABILITY COMPANY; AND STEVEN H. SUNSHINE, AN INDIVIDUAL,
                    Petitioners,
          vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE ELLIOTT A. SATTLER, DISTRICT JUDGE,
                    Respondents,
          and
THE ESTATE OF RENO B. ("KELLY") TESTOLIN, AN INDIVIDUAL; RENOWN HEALTH, A NON-PROFIT CORPORATION; AND DAVID LINE, AN INDIVIDUAL,
                    Real Parties in Interest.

No. 78642

FILED

JUL 10 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING PETITION

Cause appearing, petitioners' motion for a voluntary dismissal of this petition is granted. This petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Elliott A. Sattler, District Judge
        Woodburn & Wedge
        McDonald Carano LLP/Reno
        Dunlap & Laxalt
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-29252